# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**HARIS N. KHAN,**

    **Plaintiff,**

**v.**                                                        **Case No. 1:22-cv-88-AW-GRJ**

**PENSKE CORPORATION,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's September 9, 2022 report and recommendation, ECF No. 20, to which there has been no objection. I agree with the magistrate judge that the case should be transferred based on the contract's venue provision. The motion to dismiss or transfer (ECF No. 18) is GRANTED to the extent it requests transfer. The report and recommendation is adopted and incorporated into this order. The clerk will take appropriate steps to transfer this case to the United States District Court for the Eastern District of Pennsylvania. The clerk will then close the file.

SO ORDERED on October 10, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge